DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL JANE GILLEY,**
Appellant,

v.

**CLAY GILES,**
Appellee.

No. 4D22-2198

[December 29, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Brett M. Waronicki, Judge; L.T. Case No. 43-2021-DR-000793.

Michael Rebuck of Michael Todd Rebuck, P.A., Palm City, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***